IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEW MEXICO

L.A. HAWKINS,

    Plaintiff,

v.                                                             No.10-CV-00487-ACT-WDS

PROGRESSIVE DIRECT INSURANCE COMPANY

    Defendant.

## STIPULATED ORDER TO VACATE MEDIATION

THIS MATTER having come before the Court upon the parties' Consent Motion to vacate the mediation currently scheduled for April 27, 2011, and the Court having considered said Motion, finds that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the mediation scheduled for April 27, 2011, is hereby vacated on account of the private mediation held on April 19, 2011.

_____
HONORABLE W. DANIEL SCHNEIDER